United States District Court for the Middle District Of Florida

Dan Weese
And
Cheryl Sult-Weese
1320 Blvd of the Arts #312
Sarasota, FL 34236
941-953-3929

8:14-CV-3239-T-23AEP

V

Kalamazoo County Community Mental Health
3299 Gull Rd
Kalamazoo, Michigan 49048
269-553-8000

# Complaint

This Court HAS the Right To hear this CASE because the SAID Court handles FEDERAL Laws Violations by others

WE ARE Asking for A jury TRAIL And Asking for $15 million in Damages for YEARS of nelegect AND Abuse of poWER.

The Defendant did not do anything to See that Ms. Cheryl SUCT-Weese WAS given proper CARE or Respect for her Mental and Medical heaLTH CARE SERUICES She WAS CALLED Names AS Retarded by Ms. Phyillis DEWATERS of INTERACT of Michigan INC. Which is Under Contract From KALAMAZOO County Community Mental health to provide Mental heaLTH SERVICES for Which the Defendants DID not properly OverSee to Make Sure that Ms. Cheryl SUCT-Weese

WAS get proper CARE from the psy Dr. but instead Allowed her to OVER Medicated and Unable to think Straight. The Defendants Also Allowed Ms. Cheryl Sult-Weeses' Mother to information that WAS Damaging to Ms Cheryl Sult-Weeses' Mental and Medical Core

*/s/ Cheryl Sult-Weese*

cheryl sult-weese