UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAN WEESE, *et al.*,

    Plaintiffs,

v.                                    Case No. 8:14-cv-3239-T-23AEP

KALAMAZOO COUNTY COMMUNITY
MENTAL HEALTH,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

This cause came before the Court upon Plaintiffs' Complaint (Doc. 1) and Affidavits of Indigency (Docs. 2, 3), which the undersigned construed as motions for leave to proceed *in forma pauperis*. Upon review of the Complaint, the undersigned noted several deficiencies and therefore denied without prejudice Plaintiffs' requests to proceed *in forma pauperis*. In addition, Plaintiffs received an opportunity to file an amended complaint to correct the noted deficiencies and were put on notice that failure to file an amended complaint on or before February 16, 2015, would result in a recommendation of dismissal (Doc. 4). As the record indicates, Plaintiffs failed to file an amended complaint within the allotted time. Accordingly, it is hereby

RECOMMENDED:

1. Plaintiffs' Complaint (Doc. 1) be DISMISSED WITHOUT PREJUDICE.

2. The Clerk be directed to close the case.

IT IS SO REPORTED in Tampa, Florida, this 20th day of February, 2015.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge

### NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); M.D. Fla. R. 6.02; *Nettles v. Wainwright,* 677 F.2d 404 (5th Cir. 1982) (*en banc*).

cc:   Hon. Steven D. Merryday
      Plaintiffs, *pro se*