UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAN WESSE, et al.,

    Plaintiffs,

v.                                      CASE NO. 8:14-cv-3239-T-23AEP

KALAMAZOO COUNTY
COMMUNITY MENTAL HEALTH,

    Defendant.
_____/

**ORDER**

A report (Doc. 5) by Magistrate Judge Porcelli recommends dismissing the complaint (Doc. 1) and closing the case. More than seventeen days has passed, and no party objects. The report and recommendation (Doc. 5) is **ADOPTED**. For the reasons stated in the report and recommendation, the complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on March 11, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE